1  BENJAMIN B. WAGNER
2  United States Attorney
   JASON EHRLINSPIEL
3  Assistant U.S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   (916) 554-2743 Direct
5  (916) 554-2900 Facsimile
6
   Attorneys for the United States
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11 AUDREY RUF Individually and as            Case No.:  2:10-cv-00923 JAM-KJN
   Successor In Interest to THE ESTATE
12 OF DANIEL ROBERT RUF,
                                              APPLICATION AND ORDER TO
13      Plaintiff,                            MODIFY PRETRIAL SCHEDULING
                                              ORDER
14 v.
15 THE UNITED STATES OF AMERICA
16      Defendant.
17
18      Plaintiff AUDREY RUF and Defendant The UNITED STATES OF AMERICA, of
19 the above-entitled action, hereby agree to and respectfully request the below
20 modifications and/or amendments to this Court's August 24, 2010 Amended Status
21 (Pretrial Scheduling) Order. Docket Entry ("DE") 11.
22      The parties contend there is good cause for this request for the following reasons:
23      1. A number of the witnesses which Plaintiff wants to depose are currently
24         serving in the United States Marine Corp.  Since the events in question, some
25         of the witnesses have been transferred to various locations in and outside of the
26         continental United States including Florida, Rhode Island and Hawaii.
27         Locating and setting up the logistics for deposing these witnesses has proven
28         difficult.

PDF created with pdfFactory trial version www.pdffactory.com

2. Additionally, one witness was deployed to Afghanistan in September 2010 and his return is potentially September or October 2011.
3. The parties request additional time in which to complete the depositions of these witnesses.
4. The parties have not previously requested a continuance of any dates in this matter.
5. The request for continuance is made in good faith and not for delay.
6. The parties agree to and submit the following proposed modifications to the scheduling order:
   a. That the discovery deadline be moved from July 22, 2011 to October 31, 2011;
   b. That the deadline for filing dispositive motions be moved from September 7, 2011 to January 25, 2012;
   c. That the hearing for dispositive motions be moved from October 5, 2011 to February 22, 2012 at 9:30 a.m.;
   d. That the Pretrial Conference be moved from January 13, 2012 to May 18, 2012 at 10:00 a.m.;
   e. That the trial be moved from March 5, 2012 to July 23, 2012 at 9:00 a.m.

**Respectfully submitted,**

Date: June 14, 2011                  */s/ Connor M. Kelly*
                                     By: Connor M. Kelly

                                     **Attorneys for Plaintiff AUDREY RUF**


Date: June 14, 2011                  **BENJAMIN B. WAGNER**
                                     **UNITED STATES ATTORNEY**

---

Application and [Proposed} Order

2

PDF created with pdfFactory trial version www.pdffactory.com

1
2
                                */s/ Jason Ehrlinspiel*
                                By: Jason Ehrlinspiel
3                                 Assistant United States Attorney

4                                 Attorneys for THE UNITED STATES
                                OF AMERICA
5

6

7 IT IS SO ORDERED.

8 DATED: June 14, 2011

9                                 /s/ John A. Mendez
                                JOHN A. MENDEZ
10                                UNITED STATES DISTRICT JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com