BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2743 Direct
(916) 554-2900 Facsimile

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY RUF Individually and as Successor In Interest to THE ESTATE OF DANIEL ROBERT RUF, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA <br><br> Defendant. | Case No.: 2:10-cv-00923 JAM-KJN <br><br> **APPLICATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

Plaintiff AUDREY RUF and Defendant The UNITED STATES OF AMERICA, of the above-entitled action, hereby agree to and respectfully request the below modifications and/or amendments to this Court's Amended Status (Pretrial Scheduling) Order. Docket Entry ("DE") 20.

The parties contend there is good cause for this request for the following reasons:

1. The parties desire to conduct a Court Settlement Conference before the Magistrate Judge prior to preparation and filing of dispositive motions. The Magistrate Judge's first available date is after the current deadline for filing dispositive motions. The parties submit that conducting the conference prior to the preparation and filing of dispositive motions will put the case in the best posture for potential settlement.

PDF created with pdfFactory trial version www.pdffactory.com

**2.** Additionally, counsel for the United States recently learned that he will be out of the office for an extended period of time during January and potentially February and will be unable to work during the absence.

**3.** The request for continuance is made in good faith and not for delay.

**4.** The parties agree to and submit the following proposed modifications to the scheduling order:

    a.  That the deadline for filing dispositive motions be moved from January 25, 2012 to March 21, 2012;

    b.  That the hearing for dispositive motions be moved from February 22, 2012 to April 18, 2012 at 9:30 a.m.;

    c.  That the Pretrial Conference be moved from May 18, 2012 to August 3, 2012 at 10:00 a.m.;

    d.  That the trial be moved from July 23, 2012 to September 24, 2012 at 9:00 a.m.

Respectfully submitted,

Date: January 9, 2012

*/s/ Conor M. Kelly*
By: Conor M. Kelly

**Attorneys for Plaintiff AUDREY RUF**

Date: January 9, 2012

**BENJAMIN B. WAGNER
UNITED STATES ATTORNEY**

*/s/ Jason Ehrlinspiel*
By: Jason Ehrlinspiel
**Assistant United States Attorney**

**Attorneys for THE UNITED STATES
OF AMERICA**

Application and [Proposed] Order

2

1

2    IT IS SO ORDERED.

3    DATED:  1/9/2012

4                                              /s/ John A. Mendez
                                               _____
5                                              JOHN A. MENDEZ
                                               UNITED STATES DISTRICT  JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com