| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| 2 | United States Attorney |
|   | JASON EHRLINSPIEL |
| 3 | Assistant U.S. Attorney |
|   | 501 I Street, Suite 10-100 |
| 4 | Sacramento, California  95814 |
|   | (916) 554-2743 Direct |
| 5 | (916) 554-2900 Facsimile |
| 6 | |
|   | Attorneys for the United States |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY RUF Individually and as Successor In Interest to THE ESTATE OF DANIEL ROBERT RUF, <br><br>　　　　Plaintiff, <br><br>v. <br><br>THE UNITED STATES OF AMERICA <br><br>　　　　Defendant. | Case No.:  2:10-cv-00923 JAM-KJN <br><br>STIPULATION & [PROPOSED] ORDER TO CONSENT TO COURT SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE <br><br>**[L. R. 270(b)]** |

　　　　Pursuant to Local Rule 270(b), the parties hereby affirmatively request a court settlement conference before United States Magistrate Judge Kendall J. Newman. The parties hereby waive any claim of disqualification on the basis of Judge Newman serving as the settlement judge.

　　　　THEREFORE, IT IS STIPULATED AND AGREED by plaintiff AUDREY RUF and by defendant THE UNITED STATES OF AMERICA, by and through their respective counsel, that:

　　　　1) Magistrate Judge Newman conduct a court settlement conference on March 20, 2012 at 9:00 a.m.; and

2) That the parties waive any claim of disqualification on the basis of Judge Newman serving as the settlement judge for the conference.

Respectfully submitted,

Date: January 12, 2012        */s/ Conor M. Kelly*
                              By: Conor M. Kelly

                              Attorneys for Plaintiff AUDREY RUF


Date: January 12, 2012        BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

                               */s/ Jason Ehrlinspiel*
                              By: Jason Ehrlinspiel
                              Assistant United States Attorney

                              Attorneys for THE UNITED STATES
                              OF AMERICA


## ORDER

The parties' stipulation (Dkt. No. 26) is APPROVED.  Accordingly, IT IS HEREBY ORDERED that:

1. The undersigned shall conduct a settlement conference in this matter on March 20, 2012, at 9:00 a.m., in Courtroom 25.

2. The parties shall e-mail their *non-confidential* settlement conference statements to the undersigned at kjnorders@caed.uscourts.gov no later than seven days prior to the conference.  Each party shall copy the opposing party on such e-mail transmission.

3. The parties may e-mail additional, *confidential* settlement

conference statements to the undersigned at kjnorders@caed.uscourts.gov no later than seven days prior to the conference.

IT IS SO ORDERED.

**Date: 1/17/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE