BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2743 Direct
(916) 554-2900 Facsimile

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY RUF Individually and as Successor In Interest to THE ESTATE OF DANIEL ROBERT RUF,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: 2:10-cv-00923 JAM-KJN<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS AND [PROPOSED] ORDER** |

Plaintiff Audrey Ruf, and Eric J. Nims (Chapter 7 Trustee of the Bankruptcy Estate *In re Ruf,* United States Bankruptcy Court, Eastern District of California Case No. 11-30419, as the real party in interest of the claims presented in this litigation) (collectively referred to as "Plaintiff"), on the one hand, and the United States of America, on the other hand (hereinafter "the parties"), by and through their respective attorneys, hereby jointly propose a 60-day continuance of the deadline for the filing of dispositional documents in connection with the resolution of this matter.  The parties have now reached agreements on the release documents, but approval of the Bankruptcy Court is required before the Stipulation and [Proposed] Order may be submitted to the Court.  The parties request until June 30,

2012 for the law and motion process to obtain approval of the Bankruptcy Court

**IT IS SO STIPULATED.**

                                               BENJAMIN B. WAGNER
                                               United States Attorney

                                               */s/ Jason Ehrlinspiel*
Dated: April 18, 2012          By:   JASON EHRLINSPIEL
                                               Assistant U.S. Attorney
                                               Attorneys for Defendant
                                               UNITED STATES OF AMERICA

Dated: April 17, 2012                Walkup, Kelly, Melodia & Schoenberger

                                             */s/Conor M. Kelly*
                                      By:   CONOR M. KELLY

                                               Attorneys for Plaintiff
                                               THE BANKRUPTCY ESTATE OF AUDREY RUF
                                               AND AUDREY RUF

Dated: April 18, 2012                The Suntag Law Firm

                                               */s/Dana A. Suntag*
                                               DANA A. SUNTAG

                                               Attorneys for Plaintiff, Bankruptcy Estate of
                                               Audrey Ruf, *In re Ruf,* United States
                                               Bankruptcy Court, Eastern District of
                                               California Case No. 11-30419

[**PROPOSED**] ORDER

**IT IS HEREBY ORDERED** that:

1. The parties' stipulation (Dkt. No. 33) is approved.

2. That the dispositional documents for this matter are now due on or before June 30, 2012.

**Date:** 4/19/2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

APPLICATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS
3