BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
(916) 554-2743 Direct
(916) 554-2900 Facsimile

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY RUF Individually and as Successor In Interest to THE ESTATE OF DANIEL ROBERT RUF,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.:  2:10-cv-00923 JAM-KJN<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

Pursuant to the terms of a written compromise settlement and release of claims and pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure and Local Rule 16-160 of the U.S. District Court for the Eastern District of California, the parties hereby stipulate that the above-captioned action shall be dismissed with prejudice, and that each party shall bear their own costs and fees.

This resolution of the claim disposes of all remaining claims and this matter shall be dismissed with prejudice in it's entirety.

   **IT IS SO STIPULATED.**

---
STIPULATION OF DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated:  June 27, 2012 | By: | */s/Edward A. Olsen for*<br>JASON EHRLINSPIEL |
|   |   | Assistant U.S. Attorney<br>Attorneys for Defendant<br>UNITED STATES OF AMERICA |
| Dated: June 27, 2012 |   | Walkup, Kelly, Melodia & Schoenberger |
|   | By: | */s/Conor M. Kelly*<br>CONOR M. KELLY |
|   |   | Attorneys for Plaintiff<br>THE BANKRUPTCY ESTATE OF AUDREY RUF<br>AND AUDREY RUF |
| Dated:  June 27, 2012 |   | The Suntag Law Firm |
|   |   | */s/Dana Suntag*<br>DANA SUNTAG |
|   |   | Plaintiff, Bankruptcy Estate of Audrey Ruf,<br>*In re Ruf,* United States Bankruptcy Court,<br>Eastern District of California Case No. 11-30419 |

**IT IS SO ORDERED.**

Dated: 7/2/2012        /s/ John A. Mendez_____
                       JOHN A. MENDEZ
                       UNITED STATES DISTRICT COURT JUDGE

---

STIPULATION OF DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com